# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2017 A 8: 31
CLERK _J. Taylor_

AARON L. STEPHEN,          *
                          *
          Petitioner,      *          CIVIL ACTION NO.: 2:17-cv-94
                          *
     v.                    *
                          *
NEAL JUMP,                 *
                          *
          Respondent.      *

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's August 17, 2017, Report and Recommendation, dkt. no. 4, to which Petitioner Aaron L. Stephen ("Stephen") filed Objections, dkt. no. 6. The Court **OVERRULES** Stephen's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.[1]

---

[1] Stephen's Objections are unresponsive to the Report and Recommendation. In fact, Stephen attempts to raise entirely new facts and arguments in his Objections. Stephen's original Petition set forth conditions of confinement claims, requesting an attorney and access to an adequate law library. Dkt. No. 1, p. 3. In his Objections and subsequently filed "Amendment," dkt. no. 9, Stephen entirely changes his original Petition by challenging his parole revocation and the circumstances leading to his revocation. Even under a liberal construction, these claims are unrelated to his original Petition. If Petitioner seeks to pursue these new, unrelated claims in this Court, he must file a new petition with the requisite filing fee or motion to proceed *in forma pauperis*. The Court issues no opinion on the merits of those claims or whether those claims would be cognizable in a Section 2241 Petition.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Stephen's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241, dkt. no. 1, **DISMISSES AS MOOT** all other pending Motions, and **DENIES** Stephen leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 24 day of October , 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)